In the Matter of JEAN B. JENNINGS et al., as Executors and Trustees under the Will of WALTER JENNINGS, Deceased, et al., Appellants, against WILLIAM WATT et al., as Members of the Town Board of Huntington, et al., Respondents.

(Submitted June 6, 1934; decided July 3, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 306.)

THE PRUDENTIAL SAVINGS BANK, Appellant, *v.* MADE-WELL HOMES CORPORATION et al., Defendants, and FOREST HILLS HOUSING COMPANY, INC., Respondent.

(Submitted June 6, 1934; decided July 3, 1934.)

*Samuel Hart* for motion.
*Herbert A. O'Brien* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.